UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:20-CR-44-1D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **ORDER TO UNSEAL CASE** |
| v. ) | **IN ITS ENTIRETY** |
| ) | |
| LIONEL DANGELO HATCH, JR. ) | |
| a/k/a "L" | |

Upon Motion of the United States, it is hereby ORDERED that the above-captioned case be unsealed in its entirety.

This the 24 day of June, 2020.

_____
KIMBERLY A. SWANK
United States Magistrate Judge